IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **DAWSON FARMS, LLC** | * | **CIVIL ACTION NO. 06-0737** |
| **VERSUS** | * | **JUDGE JAMES** |
| **BASF CORPORATION AND HELENA CHEMICAL COMPANY** | * | **MAGISTRATE JUDGE HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion for summary judgment filed by Helena Chemical Company (Doc. #90) is hereby **GRANTED**, and Dawson Farms, L.L.C.'s claims against Helena Chemical Company are **Dismissed with Prejudice at Plaintiff's cost**.

THUS DONE AND SIGNED this 16 day of April, 2008, in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE